381 A.2d 889

Bigelman v. Bigelman, Appellant.

Argued September 20, 1977. Marvin H. Levin, for appellant; Manuel A. Spigler, with him Stassen, Kostos and Mason, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

381 A.2d 889

Bowser, Appellant, v. Rathmill et al.

Argued September 15, 1977. Sheldon C. Jelin, for appellant; No appearance entered nor brief submitted for appellees, Rathmill, Ickler, and Elliott; Joseph T. Bodell, Jr., with him Swartz, Campbell & Detweiler, for appellee, Vick.

Order and judgment affirmed.